UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-50964-JSD |
| YOLANDA PRESLEY, | CHAPTER 13 |
| Debtor. / | |
| ATLANTIC COAST BANK, | |
| Plaintiff, | Adversary Pro. No.: |
| vs. | |
| YOLANDA PRESLEY, | |
| Defendant. / | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

COMES NOW Plaintiff, ATLANTIC COAST BANK, (hereinafter "Plaintiff"), by and through its undersigned attorneys, and sues the Defendant/Debtor, YOLANDA PRESLEY, (hereinafter "Defendant"), and respectfully represents:

1. Defendants is an individual who on December 20, 2013, filed a Petition for relief under Chapter 13 of the Bankruptcy Code.

2. Plaintiff is a federally chartered Bank licensed and doing business in the State of Georgia, having its principal office in Jacksonville, Florida.

3. At the time of the bankruptcy filing, the Defendant was indebted to Plaintiff on an outstanding personal credit plan.

4. On or about October 29, 2013, the Defendant executed and delivered to Plaintiff a Consumer Lending Plan, a true and correct copy of which is attached hereto as "Exhibit A." In addition, on October 29, 2013, the Defendant obtained a loan advance as evidenced by the

Advance Receipt and Truth-in-Lending Statement, pursuant to which Plaintiff advanced to the Defendant $1,000.00. A true and correct copy of the Consumer Lending Plan Advance Receipt and Truth-in-Lending Statement is attached hereto as "Exhibit B."

5. The loan advance on October 29, 2013, was taken out fifty two (52) days prior to the Defendant filing bankruptcy.

6. The Plaintiff is owed $1,012.98 plus past due interest, late fees, attorney's fees and court costs, all of which are due and owing under the terms of the loan documents.

7. That pursuant to Section 523(a)(2)(C), the loan advance taken on October 29, 2013, is presumed to be nondischargeable.

8. That Plaintiff has been harmed in the amount of $1,012.98, plus interest, late fees, court costs and attorneys' fees because of Defendants' fraud.

9. That Plaintiff is obligated to pay its attorneys a reasonable fee for its services herein and pursuant to the line of credit agreement Defendant is liable for such reasonable fees incurred.

WHEREFORE, Plaintiff, ATLANTIC COAST BANK, prays that the Court determines that the debt of $1,012.98 is owed to Plaintiff by the Debtor/Defendant, that the debt is nondischargeable and that the Court enter a Final Judgment awarding principal, interest, late fees, court costs and attorneys' fees and that the Court grants such other relief as is just.

/s/ James E. Sorenson
JAMES E. SORENSON (GA Bar #667060),
D. TYLER VAN LEUVEN (GA Bar #142073),
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Franklin D. Hayes, Esquire, Post Office Box 2377, Douglas, GA 31534, Attorney for Debtor, Yolanda Presley, P.O. Box 2821, Douglas, GA 31534, Debtor, and M. Elaina Massey, Post Office Box 1717, Brunswick, GA 31521, Trustee, by electronic means or U.S. Mail on this 5th day of March, 2014.

/s/ James E. Sorenson
Attorney